```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

JAMAL CRAIG,                      )
                                  )
    Petitioner,              )       Civil No. 5: 18-294-JMH
                                  )
V.                                )
                                  )
UNITED STATES OF AMERICA,         )       **JUDGMENT**
                                  )
    Respondent.              )

        \*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Jamal Craig [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the Respondent.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 24th day of July, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge